**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00241-CV

### IN THE ESTATE OF NORMAN SIMON BROWN, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-04275-2**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot court reporter Andrea L.

Reed's March 12, 2015 motion for extension of time to file record.

/s/     MOLLY FRANCIS
            JUSTICE